NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL MAY INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**DEG MUSIC PRODUCTS, INC.
and DYNASTY USA,**
*Defendants-Appellees.*

---

2011-1530

---

Appeal from the United States District Court for the Central District of California in Case No. 05-CV-0894, Judge Terry J. Hatter, Jr.

---

**JUDGMENT**

---

KAINOA ASUEGA One LLP, of Newport Beach, California, argued for plaintiff-appellant. On the brief was PETER R. AFRASIABI.

DENNIS G. MARTIN, Blakely, Sokoloff, Taylor & Zafman, LLP, of Los Angeles, California, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 29, 2012                    /s/ Jan Horbaly
Date                              Jan Horbaly
                                    Clerk